Case 5:22-cv-00050-OLG   Document 7   Filed 01/27/22   Page 1 of 1

FILED
January 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOHN DWAIN BELCHER, SID #627303, | § § § | |
| *Plaintiff*, | § § | |
| | § | SA-22-CV-00050-OLG |
| v. | § § | |
| COMAL COUNTY JAIL, | § § § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of this Court's Order dismissing Plaintiff John Dwain Belcher's 42 U.S.C. § 1983 Civil Rights Complaint pursuant to Fed. R. Civ. P. 41(b) for failure to provide the Court with his current address, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Plaintiff John Dwain Belcher's 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to provide the Court with his current address.

**IT IS FURTHER ORDERED** that Plaintiff John Dwain Belcher's Application to Proceed *In Forma Pauperis* is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 27th day of January, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge